IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-2462 (CJN) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch, Inc., filed this lawsuit against the U.S. Department of Justice ("DOJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl. at 1 (unnumbered paragraph), ECF No. 1. The requests at issue ask for records related to the death of Ashli Babbitt. *See id.* ¶¶ 5–7, 12, 13.

On October 25, 2021, DOJ filed its answer. *See* Def.'s Answer to Pl.'s Compl., ECF No. 8.

The next day, the Court ordered the Parties to confer and file a Joint Status Report ("JSR") that addresses "(1) the status of Plaintiff's FOIA request; (2) the anticipated number of documents responsive to Plaintiff's FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiff; (4) whether a motion for stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); (5) the possibility of prioritizing documents responsive to Plaintiff's requests and any discussions regarding whether Plaintiff's requests can be narrowed; and (6) whether the Parties anticipate summary judgment briefing and, if so, a proposed briefing schedule." *See* Oct. 26, 2021 Minute Order.

1

The Parties have conferred and provide this update:

1. Plaintiff sent nearly identical requests to three DOJ components: the Executive Office for U.S. Attorneys, the Civil Rights Division, and the Federal Bureau of Investigation.

    a. The Executive Office for U.S. Attorneys has asked the U.S. Attorney's Office for the District of Columbia to search for records responsive to Plaintiff's request, and that search is ongoing. The Executive Office for U.S. Attorneys does not yet know the anticipated number of documents responsive to Plaintiff's FOIA request or the anticipated date(s) for releasing responsive documents.

    b. The Civil Rights Division's search is complete, and it is reviewing the results for responsiveness. The Civil Rights Division does not yet know the anticipated number of documents responsive to Plaintiff's FOIA request or the anticipated date(s) for releasing responsive documents.

    c. The Federal Bureau of Investigation completed its search and did not locate any records responsive to Plaintiff's request. The Federal Bureau of Investigation anticipates issuing a final response to Plaintiff in the coming days.

2. The Parties agree that a motion for a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976), is unlikely.

3. If Plaintiff identifies documents or categories of documents that it would like the components to prioritize, each component is willing to try and accommodate Plaintiff's preference. In addition, the Parties discussed ways to potentially narrow Plaintiff's requests. Because Defendant has not completed its searches and the Parties do not know the volume of responsive records, Plaintiff is not currently in a position to identify any preferences for prioritization or narrow its requests at this time. The Parties plan to continue exploring ways to

do so as the components process the requests.

4. Given the posture of the requests at issue, the Parties do not yet know whether summary judgment briefing will be necessary. The Parties intend to continue working together with the hope that they can resolve this case without the Court's involvement, but if they eventually anticipate summary judgment briefing, they will propose a briefing schedule at that time.

5. The Parties propose submitting another Joint Status Report by January 14, 2022, updating the Court on the status of the case.

Dated: November 16, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Bradley Craigmyle*
BRADLEY CRAIGMYLE (IL Bar 6326760)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11216
Washington, D.C. 20005
Telephone: (202) 616-8101
Facsimile: (202) 616-8460
Bradley.T.Craigmyle@usdoj.gov

*Counsel for Defendant*


/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Tel:  (202) 646-5172
Email:  mbekesha@judicialwatch.org

*Counsel for Plaintiff*