IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-2462 (CJN) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch, Inc., filed this lawsuit against the U.S. Department of Justice ("DOJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl. at 1 (unnumbered paragraph), ECF No. 1. The requests at issue ask for records related to the death of Ashli Babbitt. *See id.* ¶¶ 5–7, 12, 13.

Consistent with the Court's November 16, 2021 Minute Order, the Parties provide this status report.

1. Plaintiff sent nearly identical requests to three DOJ components: the Executive Office for U.S. Attorneys, the Civil Rights Division, and the Federal Bureau of Investigation.

    a. The Executive Office for U.S. Attorneys has asked the U.S. Attorney's Office for the District of Columbia to search for records responsive to Plaintiff's request, and that search is ongoing. The Executive Office for U.S. Attorneys expects to get some of its search results by next week and expects to get the remaining results in the coming weeks.

    b. The Civil Rights Division's search is complete, and it is reviewing the results for responsiveness. So far, it has reviewed more than half of the results for

responsiveness.

   c. The Federal Bureau of Investigation's search is complete. It is currently working to import the results into the platform it uses to review records. After the records are imported, the Federal Bureau of Investigation will begin processing the records.

  2. The Parties propose submitting another Joint Status Report by March 14, 2022, updating the Court on the status of the case.

Dated: January 14, 2022        Respectfully submitted,

                 BRIAN M. BOYNTON
                 Acting Assistant Attorney General

                 ELIZABETH J. SHAPIRO
                 Deputy Director
                 Federal Programs Branch

                 */s/ Bradley Craigmyle*
                 BRADLEY CRAIGMYLE (IL Bar 6326760)
                 Trial Attorney
                 U.S. Department of Justice
                 Civil Division, Federal Programs Branch
                 1100 L Street, N.W., Room 11216
                 Washington, D.C. 20005
                 Telephone: (202) 616-8101
                 Facsimile: (202) 616-8460
                 Bradley.T.Craigmyle@usdoj.gov

                 *Counsel for Defendant*

                 /s/ Michael Bekesha
                 Michael Bekesha (D.C. Bar No. 995749)
                 JUDICIAL WATCH, INC.
                 425 Third Street, S.W., Suite 800
                 Washington, DC 20024
                 Tel:  (202) 646-5172
                 Email:  mbekesha@judicialwatch.org

                 *Counsel for Plaintiff*