IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ ) | |
| JUDICIAL WATCH, INC.,             ) | |
|                                   ) | |
|             Plaintiff,            ) | |
|                                   ) | |
|         v.                        ) | Case No. 1:21-cv-2462 (CJN) |
|                                   ) | |
| U.S. DEPARTMENT OF JUSTICE,       ) | |
|                                   ) | |
|             Defendant.            ) | |
| _____ ) | |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch, Inc., filed this lawsuit against the U.S. Department of Justice ("DOJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl. at 1 (unnumbered paragraph), ECF No. 1. The requests at issue ask for records related to the death of Ashli Babbitt. *See id*. ¶¶ 5–7, 12, 13.

Consistent with the Court's November 16, 2021 Minute Order, the Parties provide this status report.

1. Plaintiff sent nearly identical requests to three DOJ components: the Executive Office for U.S. Attorneys, the Civil Rights Division, and the Federal Bureau of Investigation.

    a. The U.S. Attorney's Office for the District of Columbia has completed its search for potentially responsive records, and has transmitted those records to the Executive Office for U.S. Attorneys. The Executive Office for U.S. Attorneys has begun processing these documents.

    b. The Civil Rights Division's search is complete, and it is reviewing the results for responsiveness. The Civil Rights Division anticipates referring the majority of

1

responsive documents to other components/agencies for processing. The Civil Rights Division expects that this referral process will begin within a month.

        c.        The Federal Bureau of Investigation's importations of potentially responsive records into the platform it uses to review records is now complete. The Federal Bureau of Investigation anticipates making an interim response by the end of April 2022.

        2.        The Parties propose submitting another Joint Status Report by May 16, 2022, updating the Court on the status of the case.

Dated: March 14, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Lee Reeves*
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0773
Facsimile: (202) 616-8460
Lee.Reeves2@usdoj.gov

*Counsel for Defendant*

*/s/ Michael Bekesha*
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Email: mbekesha@judicialwatch.org

*Counsel for Plaintiff*