IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
                                                                    )
JUDICIAL WATCH, INC.,                              )
                                                                    )
           Plaintiff,                                 )
                                                                    )
           v.                                               )   Case No. 1:21-cv-2462 (CJN)
                                                                    )
U.S. DEPARTMENT OF JUSTICE,                 )
                                                                    )
           Defendant.                              )
_____ )

**JOINT STATUS REPORT**

Plaintiff Judicial Watch, Inc., filed this lawsuit against the U.S. Department of Justice ("DOJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl. at 1 (unnumbered paragraph), ECF No. 1. The requests at issue ask for records related to the death of Ashli Babbitt. *See id.* ¶¶ 5–7, 12, 13.

Consistent with the Court's November 16, 2021 Minute Order, the Parties provide this status report.

1.    Plaintiff sent nearly identical requests to three DOJ components: the Executive Office for U.S. Attorneys, the Civil Rights Division, and the Federal Bureau of Investigation.

    a.    On July 8, 2022, August 23, 2022, and September 9, 2022, EOUSA made interim productions. EOUSA continues to process records that involve referral to or consultation with other DOJ components or offices. As the referral/consultation process concludes, responsive, non-exempt documents will continue to be produced on a rolling basis.

    b.    The Civil Rights Division's (CRT) search is complete. CRT has referred approximately 50 items to various other components within the Department of Justice for

processing. As to responsive documents that do not require referral, CRT is currently engaged in inter-Department consultations as part of the ongoing processing. CRT anticipates producing responsive, non-exempt portions of these documents upon completion of the consultation process. As these consultations necessarily involve entities outside CRT's control, CRT is unable to determine when they will be concluded.

        c.      The FBI's review of records is now complete. On September 15, 2022, the FBI made a direct response to the plaintiff. Also on September 15, 2022, the FBI returned 85 pages to EOUSA that the FBI received in a consultation from EOUSA. On November 30, 2022, the FBI returned 5 pages to OIP that the FBI received in a consultation from OIP.

    2.    The Parties propose submitting another Joint Status Report by June 15, 2023, updating the Court on the status of the case.

Dated: April 16, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Lee Reeves*
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0773
Facsimile: (202) 616-8460
Lee.Reeves2@usdoj.gov

*Counsel for Defendant*

*/s/ Michael Bekesha*
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Tel:  (202) 646-5172
Email:  mbekesha@judicialwatch.org

*Counsel for Plaintiff*