IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:21-cv-2462 (CJN) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch, Inc., filed this lawsuit against the U.S. Department of Justice ("DOJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl. at 1 (unnumbered paragraph), ECF No. 1. The requests at issue ask for records related to the death of Ashli Babbitt. *See id.* ¶¶ 5–7, 12, 13.

Consistent with the Court's November 16, 2021 Minute Order, the Parties provide this status report.

1. Plaintiff sent nearly identical requests to three DOJ components: the Executive Office for U.S. Attorneys, the Civil Rights Division, and the Federal Bureau of Investigation.

    a. On April, 8, 2022, June 2, 2022, July, 8, 2022, August 23, 2022, September 27, 2022, and April, 17, 2023, EOUSA made interim responses. EOUSA continues to process potentially responsive material and is actively consulting with the other government agencies on their equities. Records that have returned from the consultation process have been incorporated into the above-described productions. EOUSA will continue in this manner until all records have been processed.

1

        b.        The Civil Rights Division's (CRT) search is complete. CRT had referred approximately 50 items to various other components within the Department of Justice for processing.  By response dated April 17, 2023, CRT provided responsive, non-exempt portions of these documents from documents that were the subject of inter-Department consultation.  CRT has now completed its processing of Plaintiff's request.

        c.        On April 29, 2022, the FBI completed its processing of records found which were responsive to Plaintiff's request.  Additionally, on September 15, 2022, the FBI returned 85 pages to EOUSA that the FBI received in a consultation from EOUSA and made a direct response to Plaintiff.  Furthermore, on November 30, 2022, the FBI returned 5 pages to OIP that the FBI received in a consultation from OIP.  The FBI recently determined that Exemption 7(A) no longer applied to certain records previously withheld in full, as the FBI recently closed an investigation on which portions of its April 29, 2022, response was premised.  As such, the FBI will reprocess those records, and will produce responsive, non-exempt portions of records on a rolling basis.

    2.        The Parties propose submitting another Joint Status Report by June 24, 2024, updating the Court on the status of the case.

Dated: April 23, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Lee Reeves*
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0773
Facsimile: (202) 616-8460
Lee.Reeves2@usdoj.gov

*Counsel for Defendant*

*/s/ Michael Bekesha*
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Tel:  (202) 646-5172
Email:  mbekesha@judicialwatch.org

*Counsel for Plaintiff*