IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-2462 (CJN) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch, Inc., filed this lawsuit against the U.S. Department of Justice ("DOJ") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl. at 1 (unnumbered paragraph), ECF No. 1. The requests at issue ask for records related to the death of Ashli Babbitt. *See id.* ¶¶ 5–7, 12, 13.

Consistent with the Court's November 16, 2021 Minute Order, the Parties provide this status report.

1.  Plaintiff sent nearly identical requests to three DOJ components: the Executive Office for U.S. Attorneys, the Civil Rights Division, and the Federal Bureau of Investigation.

    a.  On April, 8, 2022, June 2, 2022, July, 8, 2022, August 23, 2022, September 27, 2022, April, 17, 2023, and December 15, 2023, EOUSA made interim responses. EOUSA continues to process potentially responsive material and is actively consulting with the other government agencies on their equities. Records that have returned from the consultation process have been incorporated into the above-described productions. EOUSA will continue in this manner until all records have been processed.

1

        b.        The Civil Rights Division's (CRT) search is complete.

        c.        The FBI recently determined that Exemption 7(A) no longer applied to certain records previously withheld in full, as the FBI recently closed an investigation on which portions of its April 29, 2022, response was premised. As such, the FBI determined that it would reprocess those records. The first release of reprocessed records was provided on March 29, 2024, and a second release issued on December 31, 2024. By letter dated January 31, 2025, February 28, 2025, and March 31, 2025, FBI notified Plaintiff that FBI is awaiting additional materials from other agencies. The FBI will continue to provide releases as the pages are received back from the consulting agencies.

    2.    The Parties propose submitting a Joint Status Report by July 1, 2025, updating the Court on the status of the case.

Dated: April 29, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Lee Reeves*
LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0773
Facsimile: (202) 616-8460
Lee.Reeves2@usdoj.gov

*Counsel for Defendant*

*/s/ Michael Bekesha*
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Email: mbekesha@judicialwatch.org

*Counsel for Plaintiff*

3

4